MARION I. QUESENBERY, SBN 072308
R. JASON READ, SBN 117561
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile:  (949) 752-0953
Marion@rjlaw.com
Jason@rjlaw.com

Attorneys for Plaintiff
WAHLUKE PRODUCE, INC.

**IT IS SO ORDERED**
Judge Edward J. Davila
8/10/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| WAHLUKE PRODUCE, INC., a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>COYUQUE PRODUCE, a sole proprietorship; DAVID VASQUEZ, an individual,<br><br>Defendants. | CASE NO.  08-cv-04428 -EJD<br><br>**NOTICE OF DISMISSAL**<br><br>[F.R.Civ.P. 41(a)(1)(A)(i)] |

NOTICE IS HEREBY GIVEN that Plaintiff WAHLUKE PRODUCE, INC. hereby dismisses the above captioned matter in its entirety as to all Defendants, without prejudice. The Clerk shall close this file.

Respectfully submitted,

RYNN & JANOWSKY, LLP

DATED: August 9, 2011

By: /s/ R. Jason Read
R. JASON READ, attorneys for Plaintiff
WAHLUKE PRODUCE, INC.

1

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2011, I electronically transmitted **(1) Notice of Dismissal** to the following ECF registrants:

Marion I Quesenbery	marion@rjlaw.com

Randal Jason Read	jason@rjlaw.com, tim@rjlaw.com

I hereby certify that on August 9, 2011, I served the attached document by regular U.S. mail, postage pre-paid, on the following parties:

    Mr. David Vasquez
    Coyuque Produce
    21 Rogge Ln.
    Watsonville, CA  95076

Dated:  August 9, 2011	          /s/ Jason Read
	R. JASON READ, CA SBN  117561
	RYNN & JANOWSKY, LLP
	4100 Newport Place Drive, Suite 700
	Newport Beach, CA 92660
	Tel: (949) 752-2911
	Fax: (949) 752-0953
	jason@rjlaw.com

	Attorney's for Plaintiff WAHLUKE &
	PRODUCE, INC.

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953